John L. Ackley
SHOOK, HARDY & BACON L.L.P.
Texas Bar No. 24108036
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002-2926
Telephone:  713-227-8008
Fax:  713-227-9508
jackley@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Lowell Albert, Jr. v. Monsanto Co.*<br>Case No. 3:20-cv-03684-VC<br>(N.D. Cal)<br><br>*Robert Albrecht v. Monsanto Co.*<br>Cause No. 3:19-cv-07974-VC<br>(N.D. Cal)<br><br>*Dennis Armstrong v. Monsanto Co.*<br>Cause No. 3:19-cv-07768-VC<br>(N.D. Cal)<br><br>*David Bayerl v. Monsanto Co.*<br>Cause No. 3:20-cv-00270-VC<br>(N.D. Cal)<br><br>*Dorothy Becker v. Monsanto Co.*<br>Cause No. 3:19-cv-07769-VC<br>(N.D. Cal)<br><br>*Loren Cossel v. Monsanto Co.*<br>Cause No. 3:20-cv-01918-VC<br>(N.D. Cal) | |

*Donald Cowan v. Monsanto Co.*
Cause No. 3:19-cv-05974-VC
(N.D. Cal)

*Vicki Dayhuff v. Monsanto Co.*
Cause No. 3:20-cv-02008-VC
(N.D. Cal)

*Allen Ducheneaux v. Monsanto Co.*
Cause No. 3:19-cv-05516-VC
(N.D. Cal)

*Estate of Judith Martin v. Monsanto Co.*
Cause No. 3:19-cv-07347-VC
(N.D. Cal)

*Estate of Lowell Rholff v. Monsanto Co.*
Cause No. 3:19-cv-06845-VC
(N.D. Cal)

*Estate of Melvin Northdurft v. Monsanto Co.*
Cause No. 3:19-cv-08221-VC
(N.D. Cal)

*Carol Fatla v. Monsanto Co.*
Cause No. 3:19-cv-07363-VC
(N.D. Cal)

*David Feiner v. Monsanto Co.*
Cause No. 3:20-cv-02645-VC
(N.D. Cal)

*Richard Forsell v. Monsanto Co.*
Cause No. 3:20-cv-03722-VC
(N.D. Cal)

*Donald Frens v. Monsanto Co.*
Cause No. 3:20-00426-VC
(N.D. Cal)

*John Gammel v. Monsanto Co.*
Cause No. 3:19-cv-05519-VC
(N.D. Cal)

*Vernon Gent v. Monsanto Co.*
Cause No. 3:20-cv-03723-VC
(N.D. Cal)

*John Gillaspie v. Monsanto Co.*
Cause No. 3:20-cv-02007-VC
(N.D. Cal)

Defendant's Amended Motion to Dismiss for Failure to Submit PFS, MDL No. 2741

*Dell Goedtke v. Monsanto Co.*
Cause No. 3:20-cv-02646-VC
(N.D. Cal)

*John Gunderson v. Monsanto Co.*
Cause No. 3:19-cv-05973-VC
(N.D. Cal)

*Clare Guthrie v. Monsanto Co.*
Cause No. 3:19-cv-07767-VC
(N.D. Cal)

*Rudolph D. Haba v. Monsanto Co.*
Cause No. 3:19-cv-05951-VC
(N.D. Cal)

*Steven Hammond v. Monsanto Co.*
Cause No. 3:20-cv-01418-VC
(N.D. Cal)

*Chris Harms v. Monsanto Co.*
Cause No. 3:20-cv-00267-VC
(N.D. Cal)

*Billy Joe Henry, Jr. v. Monsanto Co.*
Cause No. 3:19-cv-06180-VC
(N.D. Cal)

*Richard Hoen v. Monsanto Co.*
Cause No. 3:20-cv-00011-VC
(N.D. Cal)

*James Hoffman v. Monsanto Co.*
Cause No. 3:20-cv-02413-VC
(N.D. Cal)

*Frank Holzer, Jr. v. Monsanto Co.*
Cause No. 3:19-cxv-07821-VC
(N.D. Cal)

*Jamie Jasper v. Monsanto Co.*
Cause No. 3:19-cv-06058-VC
(N.D. Cal)

*Lewellyn Johnson v. Monsanto Co.*
Cause No. 3:20-cv-00269-VC
(N.D. Cal)

*Mark Joseph Kubacki v. Monsanto Co.*
Cause No. 3:19-cv-05521-VC
(N.D. Cal)

Defendant's Amended Motion to Dismiss for Failure to Submit PFS, MDL No. 2741

*Lawrence Laleman v. Monsanto Co.*
Cause No. 3:19-cv-07975-VC
(N.D. Cal)

*Shelly Lehner v. Monsanto Co.*
Cause No. 3:20-cv-00271-VC
(N.D. Cal)

*Thomas Lex v. Monsanto Co.*
Cause No. 3:20-cv-03305-VC
(N.D. Cal)

*Deric Lindstrom v. Monsanto Co.*
Cause No. 3:19-06056-VC
(N.D. Cal)

*Clifford McCord v. Monsanto Co.*
Cause No. 3:19-cv-05520-VC
(N.D. Cal)

*Richard McKone v. Monsanto Co.*
Cause No. 3:19-cv-07977-VC
(N.D. Cal)

*Jared Meis v. Monsanto Co.*
Cause No. 3:19-cv-07364-VC
(N.D. Cal)

*Angela Montgomery v. Monsanto Co.*
Cause No. 3:20-cv-02809-VC
(N.D. Cal)

*John Myers v. Monsanto Co.*
Cause No. 3:20-cv-03731-VC
(N.D. Cal)

*Emmett O'Connell v. Monsanto Co.*
Cause No. 3:19-cv-07346-VC
(N.D. Cal)

*Randy O'Neill v. Monsanto Co.*
Cause No. 3:19-cv-06181-VC
(N.D. Cal)

*Keith Pohl v. Monsanto Co.*
Cause No. 3:20-cv-03308-VC
(N.D. Cal)

*Vernon Quade v. Monsanto Co.*
Cause No. 3:20-cv-03310-VC
(N.D. Cal)

*Joe Radermacher v. Monsanto Co.*
Cause No. 3:19-cv-05976-VC
(N.D. Cal)

*Warren Dean Rentz v. Monsanto Co.*
Cause No. 3:19-cv-05515-VC
(N.D. Cal)

*Michael Sanders v. Monsanto Co.*
Cause No. 3:19-cv-05518-VC
(N.D. Cal)

*Charles Schmidt, Jr. v. Monsanto Co.*
Cause No. 3:19-cv-06179-VC
(N.D. Cal)

*Merlin Schwartz v. Monsanto Co.*
Cause No. 3:19-cv-05506-VC
(N.D. Cal)

*Emma J. Selsor v. Monsanto Co.*
Cause No. 3:19-cv-05517-VC
(N.D. Cal)

*Stanley Senack, Sr. v. Monsanto Co.*
Cause No. 3:19-cv-07822-VC
(N.D. Cal)

*Diana Smith v. Monsanto Co.*
Cause No. 3:20-cv-00169-VC
(N.D. Cal)

*Carol Stoffregen v. Monsanto Co.*
Cause No. 3:19-cv-05971-VC
(N.D. Cal)

*Jeffrey Stratton v. Monsanto Co.*
Cause No. 3:20-cv-03312-VC
(N.D. Cal)

*Michelle Straumann v. Monsanto Co.*
Cause No. 3:19-cv-05978-VC
(N.D. Cal)

*Viola Torgerson v. Monsanto Co.*
Cause No. 3:19-cv-04723-VC
(N.D. Cal)

*Darnell Tschetter v. Monsanto Co.*
Cause No. 3:19-cv-06057-VC
(N.D. Cal)

Defendant's Amended Motion to Dismiss for Failure to Submit PFS, MDL No. 2741

*Melvin Tschetter v. Monsanto Co.*
Cause No. 3:19-cv-07397-VC
(N.D. Cal)

*William VanFrank v. Monsanto Co.*
Cause No. 3:19-cv-05975-VC
(N.D. Cal)

*Kerry VonGondy v. Monsanto Co.*
Cause No. 3:19-cv-07677-VC
(N.D. Cal)

*Jack Waddle v. Monsanto Co.*
Cause No. 3:20-cv-01919-VC
(N.D. Cal)

*Ronald Welch v. Monsanto Co.*
Cause No. 3:19-cv-05954-VC
(N.D. Cal)

*William Wenzel v. Monsanto Co.*
Cause No. 3:19-cv-06846-VC
(N.D. Cal)

*John Zellnar, Jr. v. Monsanto Co.*
Cause No. 3:20-cv-00268-VC
(N.D. Cal)

## **MONSANTO COMPANY'S AMENDED MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO SUBMIT A COMPLETED PLAINTIFF FACT SHEET**

Defendant Monsanto Company ("Monsanto") files this motion to dismiss with prejudice for failure to submit a materially-completed Plaintiff Fact Sheet ("PFS"). Pursuant to Pretrial Order 50, Group 4 plaintiffs are required to submit a "***completed*** Plaintiff Fact Sheet" within 91 days from the date of transfer into the MDL. The PFS "provided must be complete in all respects, answer every question in the Fact Sheet," and Group 4 plaintiffs who fail to provide "a complete, signed Plaintiff Fact Sheet" shall be given a notice of deficiency by Monsanto within 63 days from receipt of the partial PFS. Plaintiffs will then be given 28 days to cure their deficiencies, and a failure to submit a cured PFS renders that case subject to a motion to dismiss with prejudice.

Despite ample time to do so, each of the Plaintiffs listed below submitted essentially *blank* PFSs with no accompanying authorizations. The Plaintiff Fact Sheets have the Plaintiff's name, social security number, and date of birth. And for the most part, nothing else. They contain minimal to no residential history, employment history, family information, prior medical history, cancer history, information on damages, or Roundup-usage information—the lack of an attempt to complete the PFS cannot be overstated. Pursuant to Pretrial Order 50, Monsanto sent each of these plaintiffs a deficiency notice, highlighting every question on the PFS that was incomplete. However, none of these Plaintiffs responded or provided amended Plaintiff Fact Sheets. Attached to this Motion, as Exhibit A, are the deficiency letters Monsanto provided Plaintiffs. These illustrate the large amount of missing information.

The Plaintiffs identified below failed to submit a materially-completed PFS—they are essentially blank—and Monsanto notified each Plaintiff of their deficiencies.

| Plaintiffs | Case Number | Notice of Deficiency Sent |
|---|---|---|
| Albert, Lowell Jr. | 3:20-cv-03684-VC | 9/29/2020 |
| Albrecht, Robert | 3:19-cv-07974-VC | 5/4/2020 |
| Armstrong, Dennis | 3:19-cv-07768-VC | 5/4/2020 |
| Bayerl, David | 3:20-cv-00270-VC | 5/26/2020 |
| Becker, Dorothy | 3:19-cv-07769-VC | 5/22/2020 |
| Cossel, Loren | 3:20-cv-01918-VC | 9/29/2020 |
| Cowan, Donald | 3:19-cv-05974-VC | 2/20/2020 |
| Dayhuff, Vicki | 3:20-cv-02008-VC | 9/29/2020 |
| Ducheneaux, Allen | 3:19-cv-05516-VC | 2/3/2020 |
| Estate of Judith Martin | 3:19-cv-07347-VC | 3/18/2020 |
| Estate of Lowell Rholff | 3:19-cv-06845-VC | 4/2/2020 |

| | | |
|---|---|---|
| Estate of Melvin Northdurft | 3:19-cv-08221-VC | 5/11/2020 |
| Fatla, Carol | 3:19-cv-07363-VC | 3/24/2020 |
| Feiner, David | 3:20-cv-02645-VC | 12/2/2020 |
| Forsell, Richard | 3:20-cv-03722-VC | 9/29/2020 |
| Frens, Donald | 3:20-cv-00426-VC | 5/26/2020 |
| Gammel, John | 3:19-cv-05519-VC | 2/4/2020 |
| Gent, Vernon | 3:20-cv-03723-VC | 9/29/2020 |
| Gillaspie, John | 3:20-cv-02007-VC | 9/29/2020 |
| Goedtke, Dell | 3:20-cv-02646-VC | 9/29/2020 |
| Gunderson, John | 3:19-cv-05973-VC | 2/20/2020 |
| Guthrie, Clare | 3:19-cv-07767-VC | 4/22/2020 |
| Haba, Rudolph D. | 3:19-cv-05951-VC | 2/7/2020 |
| Hammond, Steven | 3:20-cv-01418-VC | 9/29/2020 |
| Harms, Chris | 3:20-cv-00267-VC | 5/26/2020 |
| Henry, Jr., Billy Joe | 3:19-cv-06180-VC | 2/20/2020 |
| Hoen, Richard | 3:20-cv-00011-VC | 5/26/2020 |
| Hoffman, James | 3:20-cv-02413-VC | 9/29/2020 |
| Holzer, Jr., Frank | 3:19-cv-07821-VC | 5/11/2020 |
| Jasper, Jamie | 3:19-cv-06058-VC | 2/20/2020 |
| Johnson, Lewellyn | 3:20-cv-00269-VC | 5/11/2020 |
| Kubacki, Mark Joseph | 3:19-cv-05521-VC | 2/7/2020 |
| Laleman, Lawrence | 3:19-cv-07975-VC | 5/11/2020 |
| Lehner, Shelly | 3:20-cv-00271-VC | 5/11/2020 |
| Lex, Thomas | 3:20-cv-03305-VC | 9/29/2020 |

Defendant's Amended Motion to Dismiss for Failure to Submit PFS, MDL No. 2741

| | | |
|---|---|---|
| Lindstrom, Deric | 3:19-cv-06056-VC | 2/21/2020 |
| McCord, Clifford | 3:19-cv-05520-VC | 2/4/2020 |
| McKone, Richard | 3:19-cv-07977-VC | 5/11/2020 |
| Meis, Jared | 3:19-cv-07364-VC | 3/18/2020 |
| Montgomery, Angela | 3:20-cv-02809-VC | 12/2/2020 |
| Myers, John | 3:20-cv-03731-VC | 12/2/2020 |
| O'Connell, Emmett | 3:19-cv-07346-VC | 4/2/2020 |
| O'Neill, Randy | 3:19-cv-06181-VC | 3/18/2020 |
| Pohl, Keith | 3:20-cv-03308-VC | 12/2/2020 |
| Quade, Vernon | 3:20-cv-03310-VC | 12/2/2020 |
| Radermacher, Joe | 3:19-cv-05976-VC | 2/20/2020 |
| Rentz, Warren Dean | 3:19-cv-05515-VC | 2/7/2020 |
| Sanders, Michael | 3:19-cv-05518-VC | 2/4/2020 |
| Schmidt, Jr., Charles | 3:19-cv-06179-VC | 2/20/2020 |
| Schwartz, Merlin | 3:19-cv-05506-VC | 2/6/2020 |
| Selsor, Emma J. | 3:19-cv-05517-VC | 2/7/2020 |
| Senack, Sr., Stanley | 3:19-cv-07822-VC | 5/11/2020 |
| Smith, Diana | 3:20-cv-00169-VC | 5/11/2020 |
| Stoffregen, Carol | 3:19-cv-05971-VC | 2/20/2020 |
| Stratton, Jeffrey | 3:20-cv-03312-VC | 12/9/2020 |
| Straumann, Michelle | 3:19-cv-05978-VC | 2/20/2020 |
| Torgerson, Viola | 3:19-cv-04723-VC | 2/3/2020 |
| Tschetter, Darnell | 3:19-cv-06057-VC | 3/18/2020 |
| Tschetter, Melvin | 3:19-cv-07397-VC | 4/30/2020 |

Defendant's Amended Motion to Dismiss for Failure to Submit PFS, MDL No. 2741

| | | |
|---|---|---|
| VanFrank, William | 3:19-cv-05975-VC[1] | 2/21/2020 |
| VonGondy, Kerry | 3:19-cv-07677-VC | 5/11/2020 |
| Waddle, Jack | 3:20-cv-01919-VC | 9/29/2020 |
| Welch, Ronald | 3:19-cv-05954-VC | 2/21/2020 |
| Wenzel, William | 3:19-cv-06846-VC | 4/2/2020 |
| Zellar, Jr., John | 3:20-cv-00268-VC | 5/11/2020 |

The Plaintiffs listed above have neither replied to the Notice of Deficiency, nor submitted an amended PFS.  Therefore, Monsanto respectfully requests that the Court enter an Order dismissing these Plaintiffs' cases, listed above, with prejudice.  Plaintiffs should not be allowed to satisfy Pretrial Order by submitting the name, date of birth, and social security number—while refusing to provide any other information or authorizations.

## Conclusion

For the foregoing reasons, Monsanto respectfully requests that the Court dismiss the above captioned cases with prejudice for failure to submit a materially-completed PFS.

Dated:  August 13, 2021                    Respectfully submitted,

                                           SHOOK, HARDY & BACON L.L.P.

                                           By: */s/ John L. Ackley*
                                               John L. Ackley
                                               Texas Bar No. 24108036
                                               E-mail:  jackley@shb.com
                                               600 Travis, Suite 3400
                                               Houston, Texas 77002-2926
                                               Telephone:  713-227-8008
                                               Fax:  713-227-9508

                                           *Attorney for Defendant,*
                                           *MONSANTO COMPANY*

---

[1] The initial Motion to Dismiss (ECF No. 13418) incorrectly stated the case number as 3:19-cv-05979-VC.

## CERTIFICATE OF SERVICE

  I, John Ackley, hereby certify that on August 13, 2021, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                */s/ John L. Ackley*
                John L. Ackley